IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

ERNESTO RIVAS,
And other similarly situated individuals,

    Plaintiff(s),

v.

LATIN CAFETERIA RESTAURANTE, LLC.,
NICE RIVIERA MIAMI, LLC.,
OLIVER GEBHART, Individually.

    Defendants

_____/

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT**

Defendants, Latin Cafeteria Restaurante, LLC., Nice Riviera Miami, LLC., and Oliver Gebhart, by and through undersigned counsel, pursuant to 28 USC **§§** 1441, 1446(a), hereby file this Notice of Removal of the above styled cause of action to the United States District Court for the Southern District of Florida. As grounds for the Removal, Defendants state:

1. This matter was filed by Plaintiff in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on or about August 17, 2015. The case is styled Ernesto Rivas, v. Latin Cafeteria Restaurante, LLC, Nice Riviera Miami, LLC, and Olivier Gebhart, Case No. 15-189510-CA-01. See Exhibit A hereto.

2. On or about August 24, 2015 Defendants Nice Riviera Miami, LLC., and Latin Cafeteria Restaurante, LLC., were served. See Exhibit B hereto.

3. Plaintiff's initial Complaint contains allegations of violations of the Fair Labor Standards Act, ("FLSA") as amended, (29 USC § 201, et seq.). The Complaint also includes a retaliation claim pursuant to Florida Statutes § 440.205.

4. Plaintiff's First Amended Complaint was sent via electronic mail to undersigned counsel on September 21, 2015. The First Amended Complaint contains allegations of violation of the FLSA as well as Florida Statutes § 448.102(3). See Exhibit C hereto.

5. This Court has jurisdiction over Plaintiff's FLSA claim pursuant to 28 USC § 1331, federal question.

6. Pursuant to 28 USC §§ 1441, 1446(a), Defendants are entitled to remove this action to this Court.

7. This Notice is timely as it is filed within thirty (30) days of service on Defendants of the initial pleading.

8. The Miami Division of the Southern District of Florida is the proper Court for the removed case since this Division and District embrace Miami-Dade County, Florida, where the removed case was originally filed.

9. A copy of the instant Notice is being concurrently provided to Plaintiff and filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

10. The aforementioned Exhibits A, B and C are made a part hereof and are true and correct copies of all process and pleadings served in the state court action.

WHEREFORE, Defendants respectfully requests this Court assume jurisdiction over this matter and grant the instant Notice of Removal.

Respectfully submitted,

By:s/Blanca R. Sordo
FBN 196037
Martinez & Sordo, P.A.
7300 N. Kendall Drive, Suite 380
Miami, Florida 33156
Tel (305) 670-6767
Fax (786) 472-7030
blanca@martinezsordolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via transmission of Notices of Electronic Filing generated by CM/ECF on this 23rd day of September, 2015 on all counsel or parties of record on the Service List below and a true and correct copy was sent via electronic mail to Brody M. Shulman, Esq. BShulman@rgpattorneys.com, Jason S. Remer, Esq., jremer@rgpattorneys.com, and Tyler Stull, Esq., ts@rgpattorneys.com, counsel for Plaintiff and a copy was filed with the Clerk of the Eleventh Circuit Court in and for Miami-Dade County, Florida.

By:s:/Blanca R. Sordo
FBN 196037
Martinez & Sordo, P.A.
7300 N. Kendall Drive
Suite 380
Miami, Florida 33156
Tel (305) 670-6767
Fax (786) 472-7030
E-mail: Blanca@martinezsordolaw.com

## SERVICE LIST

Brody M. Shulman, Esq.
Jason S. Remer, Esq.
Tyler Stull, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street
Suite 2200
Miami, Fl 33130
Tel (305) 416-5000
Fax (305) 416-5005
BShulman@rgpattorneys.com
jremer@rgpattorneys.com,
ts@rgpattorneys.com,